IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| MALKHAZI KVATSABAIA,<br><br>Plaintiff,<br><br>vs.<br><br>WARDEN OF THE CASCADE DETENTION ENTER, et al.,<br><br>Defendants. | CV-26-20-GF-JTJ<br><br>**ORDER** |

Plaintiff has moved for an order allowing Harun Taskin, Esq. to appear pro hac vice in this case with Caitlin Aarab, Esq., designated as local counsel. (Doc. 3.) The application of Mr. Taskin appears to be in compliance with L.R. 83.1(d).

IT IS ORDERED: Plaintiff's motion to allow Mr. Taskin to appear on in this Court on behalf of the Plaintiff (Doc. 3) is GRANTED, subject to the following conditions:

1. Local counsel shall exercise the responsibilities required by L.R. 83.1(d)(5) and must be designated as lead counsel or as co-lead counsel;

2. Mr. Taskin must do his own work. He must do his own writing, sign his own pleadings, motions, briefs, and, if designated co-lead counsel, must appear and participate personally in all proceedings before the Court;

3.  Mr. Taskin shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov.

4.    Local counsel shall also sign all such pleadings, motions and briefs and other documents served or filed; and

5.    Admission is personal to Mr. Taskin not the law firm he works for.

6.    Local counsel will provide a copy of this order to pro hac counsel.

IT IS FURTHER ORDERED:

Mr. Taskin must file, within fifteen (15) days from the date of this Order, an acknowledgment and acceptance of his admission under the terms set forth above.

DATED this 2nd day of March 2026.