IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

MALKHAZI KVATSABAIA,

Plaintiff,

vs.

WARDEN OF THE CASCADE DETENTION ENTER, et al.,

Defendants.

CV-26-20-GF-JTJ

**ORDER**

IT IS HEREBY ORDERED that this case is REASSIGNED to the Honorable Brian Morris for all further proceedings.

DATED this 3rd day of March, 2026.

Brian Morris, Chief District Judge
United States District Courts

3. Mr. Taskin shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov.

4. Local counsel shall also sign all such pleadings, motions and briefs and other documents served or filed; and

5. Admission is personal to Mr. Taskin not the law firm he works for.

6. Local counsel will provide a copy of this order to pro hac counsel.

IT IS FURTHER ORDERED:

Mr. Taskin must file, within fifteen (15) days from the date of this Order, an acknowledgment and acceptance of his admission under the terms set forth above.

DATED this 2nd day of March 2026.